**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00860-CR
### No. 05-19-00862-CR

**CASSANDRA TIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80458-2018 and 219-80457-2018**

## ORDER

Before the Court are appellant's December 16, 2019 second motions for extension of time to file her brief. We **GRANT** the motions and **ORDER** appellant's brief filed on or before January 14, 2020. We caution appellant that further requests for extensions may result in the appeals being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE